NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SYLVIA E. BOOKER,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————

2014-3106

———————————

Petition for review of the Merit Systems Protection Board in No. SF-0831-14-0118-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Sylvia E. Booker moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                            BOOKER v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24